**Bryan SNYDER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 52291.**

Missouri Court of Appeals, Western District.

Sept. 17, 1996.

Irene Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and SMART and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Defendant appeals from the dismissal of his Rule 24.035 motion claiming that the filing deadline denies his right to due process.

Affirmed. Rule 84.16(b).